

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

CORRECTION LETTER - MOTION FOR NEW TRIAL

January 6, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 4:07:56 PM
CHRISTOPHER A. PRINE
Clerk

JANI MASELLI WOOD
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name:  MARY KOUL

Cause No:  1314040

Court:  248TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  12/18/14
**Sentence Imposed Date:**  12/08/14
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  JANI MASELLI WOOD
**Motion for New Trial Filed:** 1/05/15


Sincerely,


S. NORRIS
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas



This is your notice to inform any and all substitute reporters in this cause.


1201 Franklin   P.O. Box 4651   Houston, Texas  77210-4651